UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ELAINE TUCKER                                                                                                    PLAINTIFF

VS.                                                      CASE NO. 11-CV-1029

ALBEMARLE CORPORATION                                                                              DEFENDANT

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Unopposed/Approved Motion to Dismiss With Prejudice All Claims of Elaine Tucker.  (ECF No. 16).  It has been reported to the Court that the within matter has been fully settled and compromised by the parties.  Therefore, the Motion is **GRANTED**, and the Complaint of the Plaintiff, Elaine Tucker, is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of December, 2011.

                                                /s/ Susan O. Hickey
                                               Hon. Susan O. Hickey
                                               United States District Judge